UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON JESSIE BLACHER,<br><br>Petitioner,<br><br>v.<br><br>JOSIE GASTELO,<br><br>Respondent. | NO. CV 16-2434-GW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order Dismissing Coram Vobis Petition Without Prejudice,

IT IS ADJUDGED that the Petition is summarily dismissed for lack of jurisdiction.

DATED: April 29, 2016

_____
GEORGE H. WU
United States District Judge